# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO JACOBS, ) | Civil Action No. 2: 15-cv-1254 |
| Plaintiff, ) | |
| ) | Judge Mark R. Hornak |
| v. ) | |
| ) | |
| ORLANDO HARPER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

**Mark R. Hornak, United States District Judge,**

This case was commenced on September 24, 2015, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges. Upon Plaintiff's compliance with the statutory requirements, his motion to proceed *in forma pauperis* was granted on October 7, 2015. (ECF No. 5).

Three motions to dismiss are pending: (i) Motion to Dismiss filed by defendants Leslie Travis and Keith Hastead (ECF No. 20); (ii) Motion to Dismiss filed by the County Defendants (ECF No. 27); and Motion to Dismiss filed by Dr. Moussa (ECF No. 30). Plaintiff did not respond to the motions, despite being granted an extension of time in which to do so. (ECF No. 37). In the absence of any timely response by Plaintiff, the magistrate judge deemed the motions to dismiss to be ripe for disposition and analyzed the Complaint on the merits. *Ray v. Reed*, 240 F. App'x 455, 456 (3d Cir. 2007).

On July 29, 2016, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 43) recommending that each of the motions to dismiss be granted. Plaintiff was served with the

1

Report and Recommendation at his listed address and was advised that objections were due fourteen (14) days after service. Plaintiff has not filed any objections nor has he sought an extension of time in which to do so.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, defendants' motions to dismiss will be granted.

An appropriate order will be entered.

Mark R. Hornak
United States District Judge

cc: All counsel of record
Plaintiff (by U.S. Mail)